■ JOHN E. RUPPEL, Appellant, v. RONALD G. WEBBER et al., Defendants, and KERMIT A. WEBBER, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ JOHN E. RUPPEL, Appellant, v. MIDDLEPORT VOLUNTEER FIRE COMPANY No. 1, INC., et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ MARK KYLER, Respondent, v. UNITED STATES TROTTING ASSOCIATION, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JESTON CARL KENYON, JR., Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. (Thomas V. Considine, Esq., for Diane Gaylord.) (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED SARDO, Appellant. (Wallace F. Ashnault, Esq., for John J. Appel II, Esq.). (Order Feb. 16, 1961.) — [In each action] Order of substitution of attorneys entered.

■ (A) DOROTHY LIEBERMAN, Appellant, v. ROCHESTER GAS & ELECTRIC CORP. et al., Respondents. (B) ETHEL SMITH, Appellant, v. CITY OF CORNING, Respondent. (C) ETHEL SMITH, Appellant, v. CITY OF CORNING, Defendant, and JOHN BONADY et al., as Executors, et al., Respondents.— [In each action] Order of dismissal for failure to prosecute entered pursuant to rule X of the Rules of the Appellate Division, Fourth Department.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LUCIAN BOOKER, Appellant.— Motion granted to prosecute appeal on original papers, typewritten briefs, and Gary Orenstein, Esq., of Syracuse, assigned as counsel.